UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Stankiewicz International Corp., | ) | C/A No.: 7:07-cv-00091-GRA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| MSI, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court upon Plaintiff's Motion for Summary Judgment filed October 1, 2007, and Defendant's Motion for Partial Summary Judgment filed on the same day. After review of the parties' briefs and oral arguments presented to this Court on October 29, 2007, this Court took both motions under advisement. The Court now denies both motions.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment be DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Partial Summary Judgment be DENIED.

1

IT IS SO ORDERED.

*[Signature]*

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

November 1, 2007
Anderson, South Carolina

2